United States District Court
for the Eastern District of Pennsylvania

MATTHEW ROMAN, M.D.
Plaintiff

vs.                                   Case Number   18-4947

MATTHEW WHITAKER
Defendant

Acceptance of Service by the United States Attorney

I _Anthony Dilport_ (print name) hereby accept service on behalf of the United States Attorney (only).

_____
For the United States Attorney (Signature)

_Anthony Dilport_
Print Name

_11/16/18_
Date

FILED
NOV 16 2018
_____MAN, Clerk
By _____ Dep. Clerk