# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW ROMAN, M.D.** | : | |
| | : | |
| **V.** | : | **NO. 2:18-cv-4947-JS** |
| | : | |
| **WILLIAM P. BARR** | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2019, upon consideration of the parties' stipulation to dismiss this action pursuant to FRCP 41, and it appearing that the Court no longer maintains subject matter jurisdiction of the action, it is hereby ORDERED and DECREED that the stipulation is APPROVED. This action is therefore DISMISSED without prejudice.

BY THE COURT:

_____

Juan R. Sanchez, C.J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW ROMAN, M.D.                    :
                                       :
       V.                              :        NO. 2:18-cv-4947-JS
                                       :
WILLIAM P. BARR                        :

## STIPULATION TO DISMISS ACTION

Because the Court no longer maintains subject matter jurisdiction of this action, the parties hereby stipulate that the action should be dismissed without prejudice.

                                       Respectfully submitted,


s/ John K. Weston_____     s/ Matthew E. K. Howatt_____
JOHN K. WESTON                         MATTHEW E. K. HOWATT
Attorney for Plaintiff                 Attorney for Defendants
PA ID No. 26314                        PA ID No. 321284
SACKS WESTON DIAMOND, LLC              U.S. ATTORNEY'S OFFICE
1845 Walnut Street – Suite 1600        615 Chestnut St., Suite 1250
Philadelphia, PA 19103                 Philadelphia, PA 19106
(215) 925-8200                         (215) 861-8335
*jweston@sackslaw.com*                 *Matthew.Howatt@usdoj.gov*