

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW ROMAN, M.D. :
:
V. : NO. 2:18-cv-4947-JS
:
WILLIAM P. BARR :

**ORDER**

AND NOW, this 26th day of April, 2019, upon consideration of the parties' stipulation to dismiss this action pursuant to FRCP 41, and it appearing that the Court no longer maintains subject matter jurisdiction of the action, it is hereby ORDERED and DECREED that the stipulation is APPROVED. This action is therefore DISMISSED without prejudice.

BY THE COURT:

Juan R. Sanchez, C.J.

ENT'D APR 26 2019